UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  1:21mj03429 Becerra

UNITED STATES OF AMERICA

vs.

PAULINO VASQUEZ-RIJO and
ALEXANDER RAFAEL SANTOS-SANTANA,

  Defendants.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?   __ Yes   X   No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? __ Yes   X   No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   __ Yes   X   No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

By: _____
RICHARD E. GETCHELL
Assistant United States Attorney
FLA. BAR NO. 817643
11200 N.W. 20th Street
Miami, Florida 33172
(305) 715-7647
(786) 564-9126 (cell)
Richard.getchell@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>PAULINO VASQUEZ-RIJO,<br>and<br>ALEXANDER RAFAEL SANTOS-SANTANA,<br>*Defendant(s)* | Case No. 1:21mj03429 Becerra |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning on an unknown date and continuing through on or about __July 5, 2021__, upon the high seas and elsewhere outside the jurisdiction any particular State or district, while on board a vessel subject to the jurisdiction of the United States, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 46, United States Code, Section 70506(b) | Conspiracy to possess with intent to distribute 5 kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503; all in violation of 46 U.S.C. § 70506(b). |
| Title 46, United States Code, Section 70503(a)(1) | Possession with intent to distribute 5 kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503(a)(1). |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

DEA TFO Marcelino Mariabello
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Telephone.

Date: 07/16/2021

*Judge's signature*

City and state: Miami, Florida

Jacqueline Becerra, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Marcelino Mariabello, being duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am employed as a Detective with the City of Sunny Isles Beach Police Department and have served in this capacity since February 2008. I am currently a Task Force Officer with the Drug Enforcement Administration ("DEA") and have served in this capacity since August 2017. As such, I am an investigative or law enforcement officer within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Titles 18, 21, and 46 of the United States Code. I am currently assigned to the DEA's Miami Field Division in Miami, Florida and have personally conducted and participated in numerous investigations resulting in the arrest and prosecution of various individuals for federal narcotics violations. Based on my training and experience as a Task Force Officer with the DEA, I am familiar with the manner in which narcotics traffickers and narcotics-trafficking organizations operate. I am also knowledgeable about federal criminal statutes, particularly narcotics statutes.

2. The facts set forth in this Affidavit are based on my personal knowledge as well as documents provided to me in my official capacity, information obtained from other individuals, including officers and witnesses, my review of documents and records related to this investigation, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information contained in this Affidavit is true and correct to the best of my knowledge and belief. Because this Affidavit is solely for the purpose of establishing probable cause, it does not contain all of the information known about this investigation.

3. This Affidavit is submitted for the limited purpose of establishing probable cause **Paulino VASQUEZ-Rijo ("VASQUEZ-Rijo")** and **Alexander Rafael SANTOS-Santana ("SANTOS-Santana")** did knowingly and willfully conspire to possess with intent to distribute five kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Section 70506(b), and did knowingly and intentionally possess with intent to distribute five kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Sections 70503(a)(1).

## PROBABLE CAUSE

4. On or about July 5th, 2021, while on patrol in the area of the Caribbean Sea, *CGC CONFIDENCE* with embarked law enforcement detachment ("LEDET") District 7 ("D7"), located a target of interest ("TOI") operating in international waters, approximately 80 nautical miles southwest of Mona Island, Puerto Rico. CGC CONFIDENCE crewmembers identified the TOI as a go fast vessel ("GFV") displaying no indicia of nationality, equipped with one outboard engine, with two persons and numerous packages observed onboard. To investigate further, CGC CONFIDENCE launched their Over the Horizon ("OTH") cutter boat, manned with a boarding team ("BT") to intercept the GFV.

5. After receiving authorization to conduct a right of visit (ROV) boarding, the cutter boat approached the GFV and asked routine ROV questions. The GFV crewmembers were identified as **Paulino VASQUEZ-Rijo** and **Alexander Rafael SANTOS-Santana**, both Dominican nationals. **VASQUEZ-Rijo** identified himself as the person in charge ("PIC") of the vessel and made a verbal claim of Dominican nationality for the vessel. The Government of

Dominican Republic was contacted pursuant to the US/DR bilateral agreement. The Dominican Republic could neither confirm nor deny Dominican registry of the vessel, at which time the boarding team was granted authorization to treat the vessel as one without nationality ("TWON") and subject to the jurisdiction of the United States. The BT was authorized to conduct a full law enforcement boarding to enforce U.S. laws.

6. During the subsequent search of the GFV, the BT recovered twelve (12) bales of suspected cocaine. The BT conducted two NIK tests, which are presumptive drug tests, utilized in the field for the detection and identification of trace amounts of narcotics, on the recovered bales, which yielded positive results for cocaine.

7. At this time, the BT detained **VASQUEZ-Rijo** and **SANTOS-Santana** and moved them to CONFIDENCE. The crew arrived at Coast Guard Base Miami Beach, Florida, on July 15, 2021 and were turned over to the custody of the DEA for prosecution. The bales of cocaine were also turned over to DEA for processing and use as evidence.

8. The 12 bales of cocaine had an approximate at-sea-weight of 357 kilograms. Based on my training and experience, and that of other officers involved in this investigation, I know that maritime smugglers transporting large quantities of cocaine intend to distribute the contraband to others at the end of their journey.

## CONCLUSION

9. Based upon the information provided above, I respectfully submit probable cause exists to believe **VASQUEZ-Rijo** and **SANTOS-Santana** did knowingly and willfully conspire to possess with intent to distribute five kilograms or more of cocaine, while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Section

70506(b). Additionally, I respectfully submit probable cause exists to believe **VASQUEZ-Rijo** and **SANTOS-Santana** did knowingly and intentionally possess with intent to distribute five kilograms or more of cocaine, while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Sections 70503(a)(1).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
MARCELINO MARIABELLO
TASK FORCE OFFICER
DRUG ENFORCEMENT ADMINISTRATION

Attested to by the Affiant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Telephone this __16__ th day of July 2021.

_____
JACQUELINE BECERRA
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA

4